**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| EDY ARISTONDO, | No. CV 09-5019-DOC (AGR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DERRAL ADAMS, | |
| Respondent. | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 13, 2011

                                              DAVID O. CARTER
                                   UNITED STATES DISTRICT JUDGE